UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

OLIVER CONOVER,

            Plaintiff,

v.

THE GOODYEAR TIRE & RUBBER COMPANY
and TOM KUCZMA,

           Defendants.

_____

**NOTICE OF MOTION
TO FOR LEAVE TO FILE A
THIRD-PARTY COMPLAINT**

Case No: 1:17-cv-00486

| | |
|---|---|
| **MOTION BY:** | Defendant The Goodyear Tire & Rubber Company, by and through its attorneys, Goldberg Segalla LLP. |
| **DATE, TIME AND PLACE OF MOTION:** | On a date, time, and place to be determined by the Court. |
| **SUPPORTING PAPERS:** | Affidavit of Kenneth L. Bostick, Jr., Esq., with exhibits attached thereto; and Memorandum of Law. |
| **RELIEF REQUESTED:** | An Order pursuant to Federal Rule of Civil Procedure 14(a)(1) granting The Goodyear Tire & Rubber Company leave to file a third-party complaint; together with such other and further relief as to the Court seems just and proper. |
| **ANSWERING PAPERS:** | To be served in accordance with the Local Rules of Civil Procedure and this Court's directive. |
| **ORAL ARGUMENT:** | Requested. |

Dated: Buffalo, New York
       April 4, 2019

                                                  GOLDBERG SEGALLA LLP

                                                  By: *s/Kenneth L. Bostick, Jr.*
                                                  Kenneth L. Bostick, Jr.
                                                  *Attorneys for Defendants*
                                                  *The Goodyear Tire & Rubber Company*

- 2 -

                                                                             *and Tom Kuczma*  
                                                                             665 Main Street, Suite 400  
                                                                             Buffalo, New York 14203  
                                                                             716-566-5400  
                                                                             kbostick@goldbergsegalla.com

To:    FLYNN WIRKUS YOUNG, P.C.  
        Scott R. Orndoff, Esq.  
        *Attorneys for Plaintiff*  
        534 Delaware Avenue, Suite 014  
        Buffalo, New York 14202  
        716-858-3112  
        sorndoff@flynnwirkus.com