UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

OLIVER CONOVER,

                Plaintiff,                  **CERTIFICATE OF SERVICE**

                                            Civil No. 1:17-cv-00486

vs.

THE GOODYEAR TIRE & RUBBER COMPANY
and TOM KUCZMA,

                Defendants.
_____

        I hereby certify that on April 4, 2019, I caused to be filed the foregoing Motion for Leave to File a Third-Party Complaint, consisting of a Notice of Motion to Dismiss, the Attorney Affidavit of Kenneth L. Bostick, Jr., Esq., with exhibits attached thereto, and Memorandum of Law, utilizing the Court's CM/ECF System, which would thereby notify the following CM/ECF participants:

                              Scott R. Orndoff, Esq.
                          FLYNN WIRKUS YOUNG, P.C.
                              *Attorneys for Plaintiff*
                       534 Delaware Avenue, Suite 014
                           Buffalo, New York 14202
                                (716) 858-3112

Dated: Buffalo, New York
         April 4, 2019

                                GOLDBERG SEGALLA LLP

                                By: *s/ Kenneth L. Bostick, Jr.*
                                    Kenneth L. Bostick, Jr., Esq.
                                    *Attorneys for Defendants, The Goodyear Tire &*
                                    *Rubber Company and Tom Kuczma*
                                    665 Main Street, Suite 400
                                    Buffalo, New York 14203
                                    716-566-5400
                                    kbostick@goldbergsegalla.com

22643507.v1